UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORRENCE LEWIS,<br><br>　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　Respondents. | Case No. 2:21-cv-01971-RFB-VCF<br><br>**ORDER** |

　　In this habeas corpus action, on November 29, 2021, the Court issued a scheduling order (ECF No. 11), giving the petitioner, Torrence Lewis, represented by appointed counsel, until February 28, 2022 (91 days) to file an amended habeas petition.

　　On February 25, 2022, Lewis filed a motion for extension of time (ECF No. 12), requesting a 60-day extension, to April 29, 2022. Lewis's counsel states that she needs the extension of time because of her obligations in other cases and because she needs to meet with Lewis, the latter of which has been delayed by the COVID-19 pandemic. Respondents do not object to the extension of time. The Court finds that Lewis's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 12) is **GRANTED**. Petitioner will have until and including April 29, 2022, to file his amended petition for writ of habeas corpus.

DATED THIS 25th day of February, 2022.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE