UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORRENCE LEWIS,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-01971-RFB-VCF<br><br>**ORDER** |

In this habeas corpus action, after an initial 91-day period and a 60-day extension of time, the petitioner, Torrence Lewis, represented by appointed counsel, had until April 29, 2022, to file an amended habeas petition.

On April 29, 2022, Lewis filed a motion for extension of time (ECF No. 14), requesting a further 90-day extension, to July 28, 2022. Lewis's counsel states that she needs the extension of time because of the time needed to conduct investigation. Respondents do not oppose to the motion for extension of time. The Court finds that Lewis's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the requested extension of time.

The Court does not intend this order, or any order extending the time for filing an amended petition in this case, to convey any impression regarding, or affect in any manner, the operation of any applicable statute of limitations.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 14) is **GRANTED**. Petitioner will have until and including July 28, 2022, to file his amended petition for writ of habeas corpus.

DATED THIS 29 day of April 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE