# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TORRENCE LEWIS,

                Petitioner,

v.

CALVIN JOHNSON, *et al.*,

                Respondents.

Case No. 2:21-cv-01971-ART-VSF

ORDER

      In this habeas corpus action, the Court appointed counsel for the petitioner, Torrence Lewis, on October 28, 2022 (ECF No. 6), and, after counsel appeared for Lewis, the Court entered a scheduling order on November 29, 2021 (ECF No. 11). Then, after an initial 91-day period, a 60-day extension of time, and a 90-day extension of time, Lewis was due to file an amended habeas petition on July 28, 2022. (*See* ECF Nos. 11, 13, 15.)

      On July 28, 2022, Lewis filed a motion for extension of time (ECF No. 17), requesting a further 60-day extension, to September 26, 2022. Lewis's counsel states that the extension of time is necessary because of her obligations in other cases, and because of the time needed to complete her investigation of this case. Counsel represents that the motion for extension of time is unopposed.

      The Court finds that Lewis's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 17) is granted. Petitioner will have until and including September 26, 2022, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered November 29, 2021 (ECF No. 11) will remain in effect.

DATED THIS 5th day of August, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE