UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORRENCE LEWIS, | Case No. 2:21-cv-01971-ART-VSF |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Court appointed counsel for the petitioner, Torrence Lewis, on October 28, 2021 (ECF No. 6), and, after counsel appeared for Lewis, the Court entered a scheduling order on November 29, 2021 (ECF No. 11). Then, after an initial 91-day period, a 60-day extension, a 90-day extension, and another 60-day extension, Lewis was due to file an amended habeas petition by September 26, 2022. (*See* ECF Nos. 11, 13, 15, 18.)

On September 26, 2022, Lewis filed a motion for extension of time (ECF No. 19), requesting a further 92-day extension, to December 27, 2022. Lewis's counsel states that the extension of time is necessary because of the time needed to complete her investigation. Counsel represents that the motion for extension of time is unopposed.

The Court finds that Lewis's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 19) is granted. Petitioner will have until and including December 27, 2022, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered November 29, 2021 (ECF No. 11) will remain in effect.

DATED THIS 4th day of October 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE