UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORRENCE LEWIS,<br><br>　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-01971-ART-VSF<br><br>ORDER |

In this habeas corpus action, the Court appointed counsel for the petitioner, Torrence Lewis, on October 28, 2021 (ECF No. 6), and, after counsel appeared for Lewis, the Court entered a scheduling order on November 29, 2021 (ECF No. 11). After an initial 91-day period, and extensions of time of 60 days, 90 days, 60 days, 92 days and 90 days, Lewis was due to file an amended habeas petition by March 27, 2023. (*See* ECF Nos. 11, 13, 15, 18, 20, 22.)

On March 6, 2023, Lewis filed a Motion to Transport Inmate for Completion of Neuropsychological Testing (ECF No. 23), requesting that he be transported from Lovelock Correctional Center, the prison where he is currently incarcerated, to High Desert State Prison, so that neuropsychological testing of him may be completed. Lewis states that the neuropsychological testing "is relevant to an equitable tolling defense because Mr. Lewis's federal petition is approximately four months late under the AEDPA's one-year statute of limitations." (ECF No. 23 at 2.) Lewis's counsel represents that Respondents do not oppose this motion. (*See id.* at 4.) The Court will grant the motion and order Lewis transported as he requests.

In granting Lewis's motion to be transported to High Desert State Prison for completion of neuropsychological testing, the Court makes no comment

regarding the application or tolling of any statute of limitations applicable in this case, or regarding the admissibility of any evidence developed by means of the neuropsychological testing.

On March 27, 2023, Lewis filed a motion for extension of time (ECF No. 25), requesting a further 91-day extension, to June 26, 2023 (June 25 is a Sunday), to file his amended habeas petition. Lewis's counsel states that this motion for extension of time is made so that the neuropsychological testing may be completed before Lewis files his amended habeas petition. Lewis's counsel represents that Respondents do not oppose the motion for extension of time. While the Court makes no comment regarding the application or tolling of any statute of limitations applicable in this case, or regarding the admissibility of any evidence developed by means of the neuropsychological testing, the Court determines that Lewis's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 25) is granted. Petitioner will have until and including June 26, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered November 29, 2021 (ECF No. 11) will remain in effect.

It is further ordered that Petitioner's Motion to Transport Inmate for Completion of Neuropsychological Testing (ECF No. 23) is granted. The warden of Lovelock Correctional Center, or other appropriate Nevada Department of Corrections official, is hereby ordered to transport Petitioner Torrence Lewis to High Desert State Prison, where he is to remain until neuropsychological testing of him by Dr. Sharon Jones-Forrester is completed.

///

///

2

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Tim Garrett is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 3rd day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE