UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TORRENCE LEWIS,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:21-cv-01971-ART-VCF

ORDER

In this habeas corpus action, the petitioner, Torrence Lewis, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 18, 2025. (ECF No. 48.) Respondents were to file an answer or other response to the second amended petition by February 17, 2026. (*See* ECF No. 47 (60 days for response).) On February 17, Respondents filed a motion for extension of time requesting a 59-day extension, to April 17, 2026. (ECF No. 50.) Respondents' counsel states that the extension of time is necessary because of their obligations in other cases and administrative responsibilities. Respondents' counsel represents that Lewis does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 50) is granted. Respondents will have until and including April 17, 2026, to file an answer or other response to the second amended petition for writ

///

///

///

///

///

1

of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered November 26, 2025 (ECF No. 47) will remain in effect.

DATED THIS 19th day of February, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2