UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORRENCE LEWIS, | Case No. 2:21-cv-01971-ART-VCF |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Torrence Lewis, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 18, 2025. (ECF No. 48.) After a 60-day initial period, a 59-day extension, and a 45-day extension, Respondents were to file an answer or other response to the second amended petition by June 1, 2026. (*See* ECF Nos. 47, 51, 53.) On June 1, Respondents filed a motion for extension of time, requesting a further 30-day extension, to July 1, 2026. (ECF No. 63.) Respondents' counsel states that the extension is necessary because of obligations in other cases and administrative responsibilities. Respondents' counsel represents that Lewis does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 63) is granted. Respondents will have until and including July 1, 2026, to file an answer or other response to the second amended petition for writ

///

///

///

///

1

of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered November 26, 2025 (ECF No. 47) will remain in effect.

DATED THIS 8th day of June, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2