UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORRENCE LEWIS,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 2:21-cv-01971-ART-VCF<br>ORDER |

Before this Court is Petitioner Torrence Lewis's unopposed motion for a 30-day extension of time to file his opposition to the motion to dismiss. (ECF No. 69 ("Motion for Extension").) This is Lewis's second request for an extension of this deadline. The Court finds that good cause exists to grant the request.

It is therefore ordered that the Motion for Extension (ECF No. 69) is granted. Lewis has up to and including November 30, 2026, to file his opposition.

DATED THIS 5th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE